■ DEAN B. KENNEDY et al., Individually and Doing Business as SHENANIGAN'S BAR, Respondents, v HENRY HOLLAND, INC., Appellant, et al., Defendant. (Appeal No. 2.)—Order unanimously modified on the law and as modified affirmed without costs. Same memorandum as in *Kennedy v Henry Holland, Inc.* ([appeal No. 1] 145 AD2d 964 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Ricotta, J. —dismiss complaint.) Present—Doerr, J. P., Denman, Balio, Lawton and Davis, JJ.